IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: EP- 25-M-01699-MAT |
| | § | |
| JOSE LUIS RODRIGUEZ | § | |

**ORDER APPOINTING COUNSEL**

On this day came on to be considered the Motion to Withdraw as Counsel of Record. On April 23, 2025, Counsel for Defendant filed a Motion to Withdraw (ECF No. 12). On April 28, 2025, the Court allowed his previously appointed counsel, John P. Calhoun, Assistant Federal Public Defender to withdraw.

**IT IS ORDERED** that CJA Panel attorney Jose E. Troche is hereby **APPOINTED** to represent Defendant in his case. Mr. Troche is instructed to contact the Defendant within two business days of entry of this order.

SIGNED on this 28th day of April 2024.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE